UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MISTER DONAHUE                  CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.             NO.: 3:14-cv-00040-BAJ-SCR

## RULING AND ORDER

On July 7, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Mister Donahue's ("Plaintiff") Complaint (Doc. 1) be dismissed as legally frivolous. (Doc. 13).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 13 at p. 1). Plaintiff filed two timely objections on July 21, 2014 and July 22, 2014, the substance of which is identical.[1] (Docs. 14, 15).

Having carefully considered the Plaintiff's Complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

---

[1] Specifically, Plaintiff's objections question the legitimacy of the prison's drug test protocol, and in particular, the chain of custody regarding his blood test. (Doc. 14 at pp. 3-5). However, Plaintiff raises no legal principle that supports his ability to challenge the drug test procedure that was not addressed by the Magistrate Judge's Report. Accordingly, his objections are without merit.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 13)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter be **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Baton Rouge, Louisiana, this 14th day of January, 2015.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA